1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEJUANA ARY, individually and on behalf of all other persons similarly situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>TARGET CORPORATION,<br><br>　　　　　　Defendant. | Case No.  4:22-cv-02625-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TARGET CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Case Assigned to Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>Complaint filed:　　April 29, 2022<br>Trial:　　　　　　　Not Set |

**ORDER**

The Court, having considered the Parties' Joint Stipulation to Extend Time for Defendant Target Corporation to Respond to Plaintiff's Complaint, and good cause appearing therefore, hereby **ORDERS**:

1. Defendant shall have through and including July 25, 2022 to file an answer or file a response to the Complaint.

**IT IS SO ORDERED.**

DATED:  6/17/2022

*Haywood S. Gilliam Jr.*
HON.  HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE