1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEJUANA ARY, individually and on behalf of all other persons similarly situated,<br><br>                    Plaintiff,<br>         vs.<br><br>TARGET CORPORATION,<br><br>                    Defendant. | Case No.  4:22-cv-02625-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO (I) EXTEND TIME FOR DEFENDANT TARGET CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT, AND (II) CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Case Assigned to Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>Complaint filed:     April 29, 2022<br>Trial:                      Not Set |

1
ORDER GRANTING JOINT STIPULATION TO
(I) EXTEND TIME FOR DEFENDANT TARGET CORPORATION TO RESPOND TO PLAINTIFF'S
COMPLAINT, AND (II) CONTINUE CASE MANAGEMENT CONFERENCE

**ORDER**

The Court, having considered the Parties' Joint Stipulation to (I) Extend Time for Defendant Target Corporation to Respond to Plaintiff's Complaint, and (II) Continue Case Management Conference, and good cause appearing therefore, hereby **ORDERS**:

1. Defendant shall have through and including **August 24, 2022** to file a response to Plaintiff's Complaint.

2. The Case Management Conference is continued to September 13, 2022, at 2:00 p.m.

3. All related case deadlines tied to the Case Management Conference are continued based on the continued Case Management Conference date.

**IT IS SO ORDERED.**

DATED: July 14, 2022

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE