1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEJUANA ARY, individually and on behalf of all other persons similarly situated,<br><br>  Plaintiff,<br>vs.<br><br>TARGET CORPORATION,<br><br>  Defendant. | Case No.  4:22-cv-02625-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS AND TO STRIKE PLAINTIFF'S COMPLAINT**<br><br>Date:     October 13, 2022<br>Time:     2:00 p.m.<br>Judge:    Hon. Haywood S. Gilliam, Jr.<br>Location: 1301 Clay Street<br>          Courtroom 2, 4th Floor<br>          Oakland, CA 94612<br><br>Complaint filed:   April 29, 2022<br>Trial:             TBD |

**ORDER**

Upon Defendant Target Corporation's Motion to Dismiss and to Strike Plaintiff's Complaint (the "Motion"), and upon review of the papers submitted and the oral argument presented by counsel, and good cause appearing, it is hereby **ORDERED THAT:**

1. Defendant Target Corporation's Motion is **GRANTED;**
2. Plaintiff's allegations in footnotes 3, 5, 6, 7, 10, 11, 13, 14, 15, 16, and 17 and paragraphs 27 and 28 on pages 9-13 of the Complaint are hereby stricken under Fed. R. Civ. P. 12(f).
3. Plaintiff's claims against Target Corporation are **DISMISSED WITH PREJUDICE;**

**IT IS SO ORDERED.**

DATED: _____, 2022

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE