Daniel J. Herling (SBN 103711)
djherling@mintz.com
Paige E. Adaskaveg (SBN 330551)
peadaskaveg@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415-432-6000
Fax: 415-432-6001

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: 310-586-3200
Fax: 310-586-3202

Attorneys for Defendant
TARGET CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SHEJUANA ARY, individually and on behalf of all other persons similarly situated,<br><br>　　　　　　Plaintiff,<br>　vs.<br>TARGET CORPORATION,<br><br>　　　　　　Defendant. | Case No. 4:22-cv-02625-HSG<br><br>**DECLARATION OF ARAMEH Z. O'BOYLE IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS AND TO STRIKE PLAINTIFF'S COMPLAINT**<br><br>**[FED. R. CIV. P. 12 (b)(6), and 12(f)]**<br><br>Date:　　　October 13, 2022<br>Time:　　　2:00 p.m.<br>Judge:　　　Hon. Haywood S. Gilliam, Jr.<br>Location:　1301 Clay Street<br>　　　　　　Courtroom 2, 4th Floor<br>　　　　　　Oakland, CA 94612<br><br>Complaint filed:　April 29, 2022<br>Trial:　　　　　　TBD |

I, Arameh Z. O'Boyle, declare as follows:

1. I am an attorney at Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., counsel for Defendant Target Corporation ("Defendant" or "Target"). I make this declaration in support of Defendant's Motion to Dismiss and to Strike Plaintiff's Complaint (the "Motion").

2. I am over the age of 18. Except for those matters set forth on information and belief, I make this declaration of my own knowledge. I could and would competently testify as to the matters set forth below if called upon to do so. As for the matters set forth on information and belief, I have been informed that they are true and, based upon such information, I believe them to be true.

3. Paragraph 77 of Plaintiff's Complaint, Dkt. No. 1, alleges Plaintiff notified Defendant in writing, by certified mail, of the violations alleged in her complaint on April 28, 2022. However, Plaintiff's Notice and Demand Letter Pursuant to California Civil Code § 1782; Cal. Civ. Code § 1790 *et seq*., California Commercial Code §§ 2313-14; the Magnuson Moss Warranty Act, 15 U.S.C. § 2301, *et seq*., and all other applicable state and federal laws was served on Defendant by certified mail on May 5, 2022.

4. Attached hereto as **Exhibit 1** is a true and correct copy of package details for the up & up branded "maximum strength lidocaine pain-relief patches," 4% lidocaine/topical anesthetic, 6 patches, the product that is the subject of Plaintiff's Complaint.

5. Attached hereto as **Exhibit 2** is the Merriam-Webster.com Dictionary definition of the word "compare," which was last accessed on August 23, 2022 at: [https://www.merriam-webster.com/dictionary/compare#:~:text=compare,verb,point%20out%20as%20similar%20%3A%20liken](https://www.merriam-webster.com/dictionary/compare#:~:text=compare,verb,point%20out%20as%20similar%20%3A%20liken).

6. Attached hereto as **Exhibit 3** is the Merriam-Webster.com Dictionary definition of the phrase "up to," which was last accessed on August 23, 2022 at: [https://www.merriam-webster.com/dictionary/up%20to#:~:text=Definition%20of%20up%20to,up%20to%20the%20last%20minute](https://www.merriam-webster.com/dictionary/up%20to#:~:text=Definition%20of%20up%20to,up%20to%20the%20last%20minute).

7. Attached hereto as **Exhibit 4** is the Oxford English Dictionary definition of the phrase "at least," which was last accessed on August 23, 2022 at: https://www.lexico.com/en/definition/at_least.

8. Attached hereto as **Exhibit 5** is the complaint filed in *Bell v. CVS Pharmacy, Inc.*, Case No. 1:21-cv-06850, Dkt. No. 1, which was downloaded on August 23, 2022 at: https://pacer.uscourts.gov.

9. Attached hereto as **Exhibit 6** is the complaint filed in *Gonzalez Rodriguez v. Walmart Inc.*, Case No. 1:22-cv-02991, Dkt. No. 1, which was downloaded on August 23, 2022 at: https://pacer.uscourts.gov.

10. Attached hereto as **Exhibit 7** is the complaint filed in *Stevens v. Walgreens*, Case No. 1:21-cv-10603, Dkt. 1, which was downloaded on August 23, 2022 at: https://pacer.uscourts.gov.

11. Attached hereto as **Exhibit 8** is a true and correct copy of a redline comparison of paragraph five of Plaintiff's Complaint with paragraph eight of the complaint filed in *Bell v. CVS*, Case No. 1:21-cv-06850, Dkt. No. 1.

12. Attached hereto as **Exhibit 9** is a true and correct copy of five (5) star reviews of Target's "Lidocaine 4% Pain Relieving Gel Patch - 6ct - up & up," the product at issue in this case, on Target's website at: https://www.target.com/p/lidocaine-4-pain-relieving-gel-patch-6ct-up-38-up-8482/-/A-75664970#lnk=sametab.  On August 23, 2022, I visited this link, scrolled down to "Guest Ratings & Reviews," and selected "filter by" "5 stars" and "4 stars" ratings, which populated the five star reviews shown in Exhibit 9.

13. Attached hereto as **Exhibit 10** is a true and correct copy of the label of the "Salonpas Lidocaine 4% Pain Relief Gel Patch – 6," as shown on Target's website, which was last accessed on August 23, 2022   at: https://www.target.com/p/salonpas-lidocaine-4-pain-relieving-gel-patch-6ct/-/A-51372049.

14. Attached here to as **Exhibit 11** is a true and correct copy of a presentation titled "FDA Perspectives on Product Quality of Transdermal Drug Delivery Systems" cited in Plaintiff's Complaint ¶ 17, n.3, which was last accessed on August 23, 2022 at:

1  https://healthdocbox.com/Deafness/74997073-Fda-perspectives-on-product-quality-of-transdermal-drug-delivery-systems.html.

15. Attached hereto as **Exhibit 12** is a true and correct copy of a Postgraduate Medicine article, titled "Utility of lidocaine as a topical analgesic and improvements in patch delivery systems" cited in Plaintiff's Complaint ¶ 18, n.5, which was last accessed on August 23, 2022 at: https://www.tandfonline.com/doi/full/10.1080/00325481.2019.1702296.

16. Attached hereto as **Exhibit 13** is a true and correct copy of an article titled "Open-Label Adhesion Performance Studies of a New Lidocaine Topical System 1.8% versus Lidocaine Patches 5% and Lidocaine Medicated Plaster 5% in Healthy Subjects" cited in Plaintiff's Complaint ¶ 19, n.6, which was last accessed on August 23, 2022 at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7914064/.

17. Attached hereto as **Exhibit 14** is a true and correct copy of an article titled "A Randomized, Open-Label, Bioequivalence Study of Lidocaine Topical System 1.8% and Lidocaine Patch 5% in Healthy Subjects" cited in Plaintiff's Complaint ¶ 19, nn. 7, 11, which was last accessed on August 23, 2022 at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7319520/.

18. Attached hereto as **Exhibit 15** is a true and correct copy of an article titled "A Randomized, Crossover, Pharmacokinetic and Adhesion Performance Study of a Lidocaine Topical System 1.8% During Physical Activity and Heat Treatment in Healthy Subjects" cited in Plaintiff's Complaint ¶ 21, n.10, which was last accessed on August 23, 2022 at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7293912/#CIT0007.

19. Attached hereto as **Exhibit 16** is a true and correct copy of Scilex Pharmaceuticals Inc.'s December 28, 2018 Citizen Petition, including Exhibit 1 cited in Plaintiff's Complaint ¶¶ 26, 30, nn.13, 14, 17, which was last accessed on August 23, 2022 at: https://www.regulations.gov/document/FDA-2019-P-0417-0001.

20. Attached hereto as **Exhibit 17** is a draft FDA amendment to the 1983 TFM cited in Plaintiff's Complaint ¶¶ 27-28, which was last accessed on August 23, 2022 at: https://archives.federalregister.gov/issue_slice/1990/2/27/6924-6951.pdf#page=9.

I declare under penalty of perjury under the laws of the United States, on information and belief, that the foregoing is true and correct.

Executed on August 24, 2022, at Los Angeles, California.

_____
Arameh Z. O'Boyle