1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEJUANA ARY, individually and on behalf of all other persons similarly situated,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>TARGET CORPORATION,<br><br>　　　　　　Defendant. | Case No. 4:22-cv-02625-HSG<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS AND TO STRIKE PLAINTIFF'S COMPLAINT**<br><br>Date:　　　October 13, 2022<br>Time:　　　2:00 p.m.<br>Judge:　　　Hon. Haywood S. Gilliam, Jr.<br>Location:　 1301 Clay Street<br>　　　　　　Courtroom 2, 4th Floor<br>　　　　　　Oakland, CA 94612<br><br>Complaint filed:　　April 29, 2022<br>Trial:　　　　　　　TBD |

1
[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS
AND TO STRIKE PLAINTIFF'S COMPLAINT

**ORDER**

Upon consideration of the Request for Judicial Notice by Defendant Target Corporation ("Defendant"), and for good cause shown, and for good cause appearing, it is hereby **ORDERED THAT:**

Pursuant to Federal Rule of Evidence 201 and governing case law, this Court will take judicial notice of the documents listed in the table below. *See Gustavson v. Wrigley Sales Co.*, 2014 WL 60197, at *3 (N.D. Cal. Jan. 7, 2014) (citing *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005); *Dinan v. Sandisk LLC*, 2019 WL 2327923 at *2 (N.D. Cal. May 31, 2019) (taking judicial notice "of the packaging for the product Plaintiff purchased because it is incorporated by reference into the Complaint"); *Wright v. Gen. Mills, Inc.*, 2009 WL 3247148, at *5 (S.D. Cal. Sept. 30, 2009) (taking judicial notice of product labels and packaging that served as the basis of allegations in complaint); *Phillips v. P.F. Chang's China Bistro, Inc.*, 2015 WL 4694049, at *2 (N.D. Cal. Aug. 6, 2015) (taking judicial notice of menus from two different P.F. Chang's locations where the plaintiff's allegations "necessarily relie[d] on the menus and the information contained therein"); *Vampire Family Brands, LLC v. MPL Brands, Inc.*, 2021 WL 4134841, at *1 (C.D. Cal. Aug. 6, 2021) (citing *Wilshire Westwood Assocs. v. Atl. Richfield Corp.*, 881 F.2d 801, 803 (9th Cir. 1989) (taking judicial notice of the Webster's Dictionary definition of the word "fraction"); *Myles v. Bank of Am., Inc.*, 2017 WL 24865, at *3 (N.D. Cal. Jan. 3, 2017); *Hung v. Tribal Techs.*, 2018 WL 827934, at *1, n.1 (N.D. Cal. Feb. 12, 2018), *aff'd*, 797 F. App'x 365 (9th Cir. 2020) (taking judicial notice of complaints, orders, and other court filings from a state court action); *Hung v. Tribal Techs.*, 2014 WL 6065620, at *2 (N.D. Cal. Nov. 12, 2014), *aff'd*, 682 F. App'x 602 (9th Cir. 2017) (explaining that taking judicial notice of complaints from a state court action "to show the causes of action . . . involved there" is "a perfectly permissible use of judicial notice.").

///

///

///

| EXHIBIT NO. | DOCUMENT DESCRIPTION |
|---|---|
| **Exhibit 1** | Package details for the up & up branded "maximum strength lidocaine pain-relief patches," 4% lidocaine/topical anesthetic, 6 patches. |
| **Exhibit 2** | Merriam-Webster.com Dictionary definition of the word "compare." |
| **Exhibit 3** | Merriam-Webster.com Dictionary definition of the phrase "up to." |
| **Exhibit 4** | Oxford English Dictionary definition of the phrase "at least." |
| **Exhibit 5** | Complaint filed in *Bell v. CVS Pharmacy, Inc.*, Case No. 1:21-cv-06850. |
| **Exhibit 6** | Complaint filed in *Gonzalez Rodriguez v. Walmart Inc.*, Case No. 1:22-cv-02991. |
| **Exhibit 7** | Complaint filed in *Stevens v. Walgreens*, Case No. 1:21-cv-10603. |

**IT IS SO ORDERED.**

DATED: _____, 2022

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE