1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEJUANA ARY, individually and on behalf of all other persons similarly situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>TARGET CORPORATION,<br><br>　　　　　　Defendant. | Case No. 4:22-cv-02625-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO (I) EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND TO STRIKE PLAINTIFF'S COMPLAINT AND (II) CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (as modified)**<br><br>Case Assigned to Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>Complaint filed:　　April 29, 2022<br>Trial:　　　　　　　Not Set |

1

ORDER GRANTING JOINT STIPULATION TO (I) EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND TO STRIKE PLAINTIFF'S COMPLAINT AND (II) CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

## **ORDER**

The Court, having considered the Parties' Joint Stipulation to (I) Extend Briefing Schedule For Defendant's Motion to Dismiss and to Strike Plaintiff's Complaint and (II) Continue Case Management Conference and Related Deadlines, and good cause appearing therefore, hereby **ORDERS**:

1. The deadline for Plaintiff to file its Opposition to Defendant's Motion to Dismiss and to Strike Plaintiff's Complaint will be September 28, 2022;

2. The deadline for Defendant to file its Reply to Defendant's Motion to Dismiss and to Strike Plaintiff's Complaint will be October 18, 2022;

3. The September 13, 2022 Case Management Conference is continued to November 3, 2022 at 2:00 p.m. to be heard along with the hearing on the motion; and

4. All related case deadlines tied to the Case Management Conference are continued based on the new continued Case Management Conference date.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   8/29/2022

HON.  HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE