1  **BURSOR & FISHER, P.A.**
2  L. Timothy Fisher (State Bar No. 191626)
   1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  E-mail: ltfisher@bursor.com

5  *Attorney for Plaintiff*

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | SHEJUANA ARY, individually and on behalf of all other persons similarly situated, | Case No.: 3:22-cv-02625-RFL |
   |---|---|
12 | Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
13 | v. | |
14 | TARGET CORPORATION, | |
15 | Defendant. | |

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), Plaintiff Shejuana Ary and Defendant Target Corporation, by and through undersigned counsel, hereby stipulate and agree that this action is voluntarily dismissed without prejudice, with each party to bear its own costs and fees.

Dated: January 18, 2024                           Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff*

Dated: January 18, 2024                           **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

By: /s/ Arameh Z. O'Boyle
        Arameh Z. O'Boyle

Daniel J. Herling
Arameh Z. O'Boyle
Geoffrey A. Friedman
Paige E. Adaskaveg

*Attorneys for Defendant*

STIPULATION OF DISMISSAL
CASE NO. 3:22-CV-02625-RFL

1